IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr55

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KHOA NGUYEN (7) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's motion (Doc. No. 249) to unseal the Court's Order entered on June 8, 2006 (Doc. No. 129). The motion recites that counsel for the defendant does not oppose the government's request.

**IT IS, THEREFORE, ORDERED** that the government's motion is GRANTED and the Court's Order entered on June 8, 2006 (Doc. No. 129) is UNSEALED.

Signed: August 22, 2007

Robert J. Conrad, Jr.
Chief United States District Judge