IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KHOA NGUYEN (7) | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.  The Court previously issued an Order (Doc. No. 250) granting the government's motion (Doc. No. 249) to unseal the Court's Order entered on June 8, 2006.  A typographical mistake resulted in the listing of Doc. No. 129 to be unsealed, rather than Doc. No. 122.

**IT IS, THEREFORE, ORDERED** that the mistaken Order (Doc. No. 250) is VACATED.

**IT IS FURTHER ORDERED** that the Order (Doc. No. 122) at issue in the government's motion is UNSEALED.

Signed: September 10, 2007

Robert J. Conrad, Jr.
Chief United States District Judge